IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | CRIMINAL NO. 21-716 RB |
| ) | |
| vs.    ) | Counts 1-3: 21 U.S.C. §§ 841(a)(1) and |
| ) | (b)(1)(C):  Possession with Intent to |
| **SERENA LYNN CONTRERAS,**    ) | Distribute a Mixture and Substance |
| ) | Containing Methamphetamine. |
| Defendant.    ) | |

INDICTMENT

The Grand Jury charges:

Count 1

On or about January 28, 2021, in Chaves County, in the District of New Mexico, the defendant, **SERENA LYNN CONTRERAS**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 2

On or about January 28, 2021, in Chaves County, in the District of New Mexico, in a location different than Count 1, the defendant, **SERENA LYNN CONTRERAS**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 3

On or about January 28, 2021, in Chaves County, in the District of New Mexico, in a location different than Counts 1 and 2, the defendant, **SERENA LYNN CONTRERAS,**

unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

Count 3 of this indictment is realleged and incorporated as part of this section for the purpose of alleging forfeiture to the United States pursuant to 21 U.S.C. § 853.

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **SERENA LYNN CONTRERAS**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense for which the defendant is convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s) of conviction.

The property to be forfeited to the United States includes, but is not limited to, the following:

   a.   a Taurus 9mm, serial number TMR17875, and

   b.   a 9mm magazine.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

5/14/2021 10:56 AM

2