AO 442 (Rev 11/11) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

21 JUN -2 PM 2: 45

CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
SERENA LYNN CONTRERAS

)
)
)
)
)
)
)

Case No. 21-CR-716 RB

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SERENA LYNN CONTRERAS                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute a Mixture and Substance Containing Methamphetamine.

Date:  05/20/2021

_B. Wilson_
*Issuing officer's signature*

City and state:   Las Cruces, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* May 20th, 2021, and the person was arrested on *(date)* June 1st, 2021
at *(city and state)* Roswell, New Mexico.

Date: June 1st, 2021

/1119
*Arresting officer's signature*

Randy Rodriguez / Agent #1119
*Printed name and title*