UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE BARBARA S. EVANS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: **21-CR-716**     DATE: **6/2/2021**     TAPE NUMBER: **LCR-ROSWELL**

CLERK**: KENDRA MATHISON**

TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| Serena Lynn Contreras | | ☐ | ☐ |

Interpreter: - N/A
Pretrial Officer present: Daniel Hernandez
Court in Session: **11:45 A.M. to 12:00 P.M. (15 MINS)**

☒     Defendant was given/read a copy of charging document

☐     Agent sworn in OPEN COURT

☒     Court questions Defendant regarding his/her physical and mental conditions, address, DOB, education

☒     Court advises defendant(s) of possible penalties

☒     Court advises defendant(s) of all constitutional rights

☐     ORAL Motion for detention Hearing by Government

☐     Court grants Government's ☐   Defense ☐    oral motion to continue detention hearing

☐     Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒     Defendant(s) in custody

☐     Defendant(s) detained without bond as:   Risk of Flight ☐   Danger to Community ☐

☐     Conditions of Release set at:

☒     Other: **ARRAIGNMENT/DETENTION HEARING IN LAS CRUCES ON TUESDAY, JUNE 8th, 2021 AT 9:00 A.M. BEFORE JUDGE GARZA.**