# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)
(by Zoom Video Conference)

Before the Honorable Carmen E. Garza

Arraignment/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 21-716 RB | UNITED STATES vs. CONTRERAS | |
| Hearing Date: | 6/8/2021 | Time In and Out: | 9:32 – 9:35 A.M. (3 MIN) |
| Courtroom Deputy: | Becky Wilson | Digital Recording: | Organ |
| Defendant: | SERENA LYNN CONTRERAS | Defendant's Counsel: | AMANDA SKINNER |
| AUSA: | LUKE RIZZO CASCIO | Pretrial/Probation: | RAMON DIAZ |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Tuesday, June 29, 2021
- ☒ Parties agree Standing Discovery Order to be electronically entered ☐ Discovery Order previously entered ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Brack
- ☒ Trial will be scheduled by presiding judge ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant will remain in custody — Flight Risk
- ☐ Conditions

## Other

- ☒ SHE HAS A PENDING STATE CASE, SO NO INTERVIEW OR ARGUMENT FOR RELEASE AT THIS TIME. AUSA REQUESTS FLIGHT RISK. COURT DETAINS AS A FLIGHT RISK.