IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                            Case No. 21-CR-716-RB

**SERENA LYNN CONTRERAS,**

    **Defendant.**

## NOTICE OF INTENTION TO ENTER GUILTY PLEA

COMES NOW, Defendant Serena Lynn Contreras, by and through her attorney of record, Amanda Skinner, and hereby gives notice that she intends to enter a guilty plea in this case. Defendant further acknowledges that the time period from July 12, 2021, to the date of the change of plea hearing, should be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(1)(D).[1]

                                                        Respectfully submitted,

                                                        Electronically filed 7/12/21

                                                        */s/ Amanda Skinner*
                                                        Assistant Federal Public Defender
                                                        Las Cruces Office
                                                        506 S. Main Street, Suite 400
                                                        Las Cruces, NM 88001
                                                        575-527-6930

---

[1] *United States v. Loughrin*, 710 F.3d 1111, 1120 (10th Cir. 2013) (holding that a defendant's request to change his plea clearly constitutes a pretrial motion which triggers exclusion of time under the Speedy Trial Act, thus, the days between a notice of a change of plea and the change-of-plea hearing are excludable under the STA"); s*ee also United States v. Hunter*, 9 F. App'x 857, 859-60 (10th Cir. May 24, 2001) (holding that the filing of a notice that the defendant wanted to change his plea "is treated as a pretrial motion requiring a hearing for purposes of the Speedy Trial Act," and that "the entire period between notifying the court that [the defendant] wanted to change his plea and the change-of-plea hearing itself was excluded for purposes of the Speedy Trial Act.")

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this Notice was filed through the CM/ECF system which caused the following parties to be served electronically: Assistant U.S. Attorney Mark Saltman mark.saltman@usdoj.gov, 200 N. Church Street, Las Cruces, NM 88001, this 12th day of July, 2021.

                                                */s/ Amanda Skinner*
                                                Assistant Federal Public Defender