IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                    CR No. 21-716 RB

SERENA LYNN CONTRERAS,

        Defendant.

**UNOPPOSED MOTION TO
CONTINUE SENTENCING HEARING**

COMES NOW Defendant, Serena Lynn Contreras ("Ms. Contreras"), by and through her attorney, Amanda Skinner, and hereby moves this Court to continue her in-person-sentencing hearing set September 15, 2022.

As grounds, Ms. Contreras states:

1. A Pre-Sentence Report ("PSR") was disclosed October 20, 2021. Doc. 24.

2. The matter was set for sentencing August 18, 2022. Doc. 27. Ms. Contreras's boyfriend traveled from Roswell for sentencing and met with undersigned counsel August 18, 2022.

3. The Court vacated the sentencing hearing at 8:18am on August 18, 2022. Doc. 30.

4. The matter has been reset for sentencing September 15, 2022. Doc. 31.

5. Undersigned counsel is not available on that date and Ms. Contreras's boyfriend is also not available. Ms. Contreras's boyfriend would like to attend sentencing and could request the time off for a future sentencing date.

6.   Assistant U.S. Attorney Aaron Jordan does not oppose the requested continuance in this matter.

WHEREFORE, Defendant respectfully requests the Court continue the scheduled sentencing hearing and reset this matter for sentencing in October, 2022.

Respectfully submitted,

**FEDERAL PUBLIC DEFENDER**
506 S. Main Street, Suite 400
Las Cruces, NM 88001
(575) 527-6930

**Electronically filed 9/13/2022**
*/s/ AMANDA SKINNER*
Assistant Federal Public Defender
Las Cruces Office

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading has been served on Assistant U.S. Attorney Aaron Jordan and United States Probation Officer Daniel C. Maese on September 13, 2022.

**Electronically filed 9/13/2022**
*/s/ AMANDA SKINNER*
Assistant Federal Public Defender