## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## CONTINUED SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 21-716 RB | USA vs.: | **CONTRERAS** |
| Date: | 11/03/2022 | Name of Deft: | **SERENA LYNN CONTRERAS** |
| Before the Honorable: | | **ROBERT C. BRACK, SENIOR UNITED STATES DISTRICT JUDGE** | |
| Time In/Out: | **9:42 AM – 9:44 AM** | Total Time in Court (for JS10): | **2 MINUTES** |
| Clerk: | **JOANN O. STANDRIDGE** | Court Reporter: | **VANESSA CHAVEZ** |
| AUSA: | **DEVON ARAGON-MARTINEZ / SARAH DAVENPORT** | Defendant's Counsel: | **AMANDA SKINNER** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **N/A** |
| Probation Officer: | **YVONNE SANDOVAL** | Sworn? | Yes / No |

| | | | | |
|---|---|---|---|---|
| Convicted on: | Plea | Verdict | As to: | Information / Indictment |
| If Plea: | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | |
| If Plea Agreement: | Accepted | Not Accepted | No Plea Agreement | Comments: |
| Date of Plea/Verdict: | | | PSR: | Not Disputed / Disputed |
| PSR: | Court Adopts PSR Findings | | Evidentiary Hearing: | Not Needed / Needed |
| Exceptions to PSR: | | | | |

### SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | |
| Supervised Release: | Probation: |
| 500-Hour Drug Program | BOP Sex Offender Program / OTHER: |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for ___ months ___ days |
| Comply with ICE laws and regulations | Community service: 100 hours during first 12 months of TSR |
| Participate in/successfully complete subst abuse program/testing (up to 60 tests per year) | Reside halfway house ___ months ___ days |
| Participate in/successfully complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol / testing (up to 4 tests per day) | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | No computer with access to online services |
| No entering or loitering near victim's residence | No contact with children under 18 years |

**OTHER:**

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | |
| SPA: $ | | Payment Schedule: | Due Imm. / Waived |
| OTHER: | | | |

| | | |
|---|---|---|
| | Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | Voluntary Surrender |
| | Recommended place(s) of incarceration: | |
| | Dismissed Counts: | |

**OTHER COMMENTS:** **ATTY SKINNER:** ORAL MOTION TO CONTINUE SENTENCING HRG **AUSA:** NO OBJECTION **COURT:** GRANTS ORAL MOTION TO CONTINUE SENTENCING HRG. PSR PREPARED OVER 1 YEAR AGO. RESET ON A SENTENCING DOCKET ASAP. NO ADDITIONAL CONTINUANCES WILL BE GRANTED. GRANTS PERMISSION FOR ATTY SKINNER TO FILE A MOTION TO CONTINUE UNDER SEAL.